IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOSEPH AMAZIAH TRENTON,<br><br>       Plaintiff,<br><br>   v.<br><br>EXPERIAN, TRANSUNION, EQUIFAX, PLAZA SERVICES LLC, CREDIT SYSTEMS INC. and WEBBANK & FINGERHUT,<br><br>       Defendants. | Case No. 1:22-cv-00045-WJ-JHR |

## NOTICE OF PARTIAL SETTLEMENT – EXPERIAN

Plaintiff Joseph Amaziah Trenton and Defendant Experian Information Solutions, Inc., through counsel, hereby notify the Court and the parties that they have reached a settlement in this matter. The parties are working together to draft a mutual release and will file a request for dismissal with prejudice within 60 days. The proposed settlement resolves only Plaintiff's claims against Experian. Plaintiff's claims against the other Defendants remain.

Dated: September 6, 2023

By: */s/ Joseph A. Trenton*
Joseph A. Trenton
Telephone: (505) 409-5791
Email: jtizzzle1@hotmail.com
*Plaintiff Pro Se*

4163251.1

| | |
|---|---|
| Dated:  September 6, 2023 | RODEY DICKSON SLOAN AKIN & ROBB, P.A. |

By: */s/ Charles J. Vigil*
    Charles J. Vigil
    P.O. Box 1888
    Albuquerque, NM  87103
    Telephone: (505) 768-7377
    Facsimile:  (505) 768-7395
    Email:  cvigil@rodey.com
    *Attorneys for Defendant*
    *Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

I further certify that on such date I served the foregoing pleading on the following non-CM/ECF Participants by mail:

    Joseph A. Trenton
    10950 Arrow Route, #194
    Rancho Cucamonga, CA  91729

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Charles J. Vigil*
    Charles J. Vigil