# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSEPH AMAZIAH TRENTON,

    Plaintiff,

v.

EXPERIAN, TRANSUNION, EQUIFAX, PLAZA SERVICES LLC, CREDIT SYSTEMSS INC. and WEBBANK & FINGERHUT,

    Defendants.

Case No. 1:22-cv-00045-WJ-JHR

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Joseph Amaziah Trenton ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax" and together with Plaintiff, the "Parties") hereby notify the Court that they have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff's claims as to the remaining Defendants remain before the Court. Equifax requests that the Court vacate all pending deadlines in this matter as to Equifax. Equifax also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: September 8, 2023

                                                 By: */s/ Joseph A. Trenton (with express permission)*
                                                 Joseph A. Trenton
                                                 Telephone: (505) 485-8733
                                                 Email: jtizzzle1@hotmail.com
                                                 *Plaintiff Pro Se*

Dated: September 8, 2023

By: */s/ Samin Hessami*
    Patricia G. Williams
    WIGGINS, WILLIAMS & WIGGINS
    A Professional Corporation
    1803 Rio Grande NW (87104)
    P. O. Box 1308
    Albuquerque, NM 87103-1308
    Telephone: (505) 764-8400
    Email: pwilliams@wwwlaw.us

    Samin Hessami
    Seyfarth Shaw LLP
    700 Milam St., Ste. 1400
    Houston, TX 77002-2797
    (713) 238-1847
    Email: shessami@seyfarth.com
    *Pro Hac Entered*

*Counsel for Defendant*
*Equifax Information Services LLC*

2

98076431v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Joseph Amaziah Trenton
>23351 Horsefly Rd
>Montrose, Colorado 81403

>*/s/ Samin Hessami*
>Samin Hessami
>*Counsel for Defendant*
>*Equifax Information Services LLC*

98076431v.1