IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH AMAZIAH TRENTON,

    Plaintiff,

v.                                                        Case No. 1:22-cv-00045-WJ-JHR

TRANSUNION; PLAZA SERVICES, LLC;
and CREDIT SYSTEMS INC.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on March 6, 2024. Doc. 83. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id.* at 4. No objections were filed within the fourteen-day limitations period thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

Pursuant to FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1)(C), the Court has conducted a review of the record and all parts of the Magistrate Judge's PFRD. After conducting this review, and having thoroughly considered the Magistrate Judge's PFRD, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 83) are ADOPTED;

2. The Court DISMISSES WITH PREJUDICE all claims brought by Plaintiff Joseph Amaziah Trenton which remain pending before the Court.

1

       /s/
_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE