IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH AMAZIAH TRENTON,

    Plaintiff,

v.                                                      Case No. 1:22-cv-00045-WJ-JHR

TRANSUNION; PLAZA SERVICES, LLC;
and CREDIT SYSTEMS INC.,

    Defendants.

## JUDGMENT

**THIS MATTER** having come before the Court under Fed. R. Civ. P. 58 on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") (Doc. 83), and the Court having entered its Order Adopting the PFRD and dismissing Plaintiff's claims with prejudice contemporaneous with this Judgment,

**IT IS ORDERED** that **JUDGMENT** is entered against Plaintiff Joseph Amaziah Trenton and the Original Complaint filed *pro se* by Plaintiff Trenton (Doc. 1) and all claims and causes of action are **DISMISSED with prejudice**.

                                                         /s/
                                        CHIEF UNITED STATES DISTRICT JUDGE